UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER GONZALEZ-GUERRRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SAN JOSE, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 12-03541 PSG <br><br> **CASE MANAGEMENT ORDER** |

On September 11, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in private mediation no later than February 13, 2013.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . Filed . . . . . . . . . . . . . . . . . . . . . April 1, 2013

| | | |
|---|---|---|
| 1 | Designation of Opening Experts with Reports | May 10, 2013 |
| 2 | Designation of Rebuttal Experts with Reports | May 17, 2013 |
| 3 | Expert Discovery Cutoff | May 31, 2013 |
| 4 | Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| 5 | Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on June 11, 2013 |
| 6 | Final Pretrial Conference | 2:00 p.m. on July 9, 2013 |
| 7 | Trial | 9:30 a.m. on July 22, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 9/14/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: 12-03541 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 12-03541 PSG
ORDER