UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER GONZALEZ-GUERRERO,<br><br>                Plaintiffs,<br>    v.<br><br>CITY OF SAN JOSE, BRIAN JOHST, MARK STEPHENS, GARY PETRAKOVITZ, TIM STEPHENS,<br><br>                Defendant. | Case No.: C 12-3541 PSG<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The court has been apprised that the parties have tentatively settled the case, pending further approval. In light of this information, the July 22, 2013 trial date is vacated. All pending motions are denied without prejudice to renewal should the case proceed.

The parties are advised to submit a stipulation for dismissal if final settlement is reached. Otherwise, the parties shall appear on September 17, 2013 at 10:00 AM in Courtroom 5, 4th Floor for a status conference.

IT IS SO ORDERED.

Dated: July 18, 2013

                                            _____<br>
                                            PAUL S. GREWAL<br>
                                            United States Magistrate Judge

Case No.: 12-3541 PSG
ORDER RE NOTICE OF SETTLEMENT